**Chinyere Q. AYIBA; Nelson Ilodigwe Suleman, Plaintiffs–Appellants**

v.

**WELLS FARGO BANK, N.A., a Division of Wells Fargo Bank N.A. also known as Wachovia Mortgage, formerly known as Wachovia Mortgage, FSB, Defendant–Appellee.**

**No. 12–20059**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 27, 2012.

Alphonsus Ofor Ezeoke, Esq., Ezeoke & Ezeoke, P.C., Stafford, TX, for Plaintiffs–Appellants.

George A. Kurisky, Jr., Esq., Branch Masterson Sheppard, Esq., Johnson, Deluca, Kurisky & Gould, P.C., Houston, TX, for Defendant–Appellee.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

Plaintiffs–Appellants Chinyere Q. Ayiba and Nelson Ilodigwe Suleman ("Appellants") seek reversal of the district court's Final Judgment of January 4, 2012, granting Wells Fargo's Motion For Summary Judgment. We have considered the record on appeal, including the filings of the parties and their respective arguments as briefed and the district court's Memorandum and Order of December 5, 2011 and its Memorandum and Order of December 22, 2011. As a result of our deliberations, we are satisfied that the court's Final Judgment of January 4, 2012 is correct in all respects.

Wells Fargo's motion for an award of attorneys' fees is DENIED.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.